In the Matter of ALLIANCE PAVING MATERIALS, INC., et al., Appellants, v ZONING BOARD OF APPEALS et al., Respondents.—Motion to dismiss appeal denied *(see, Nemeroff Realty Corp. v Kerr,* 38 AD2d 437, 438-439, *affd* 32 NY2d 873). Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.

CAROL D. MAHONEY et al., Respondents, v SALEH A. FETOUH, Appellant.—Motion to dismiss denied; cross motion for leave to appeal denied as unnecessary *(see, Lobdell v South Buffalo Ry. Co.,* 159 AD2d 958; *Sarratori v Park,* 97 AD2d 958; *Rumrill-Hoyt, Inc. v Perri,* 97 AD2d 951; *Milone v General Motors Corp.,* 93 AD2d 999). Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

FREDDIE FENNER, Appellant, v STATE OF NEW YORK, Respondent.—Motion for leave to appeal denied. Memorandum: Claimant's appeal from a judgment of the Court of Claims dismissing his claim lies as of right and not by permission. *(See,* CPLR 5520 [b].) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.